## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DON THOMAS MERCELANY
MAXWELL/G-DOFFE
ADC #108778                                                    PLAINTIFF

v.                              No. 4:26-cv-123-DPM-ERE

TASHAILA DUNLAP, Sgt., VSM;
LATRELL D. WHITE, Sgt., VSM;  T.
WILLIAMS, Sgt., Day Shift, VSM;
GRIFFIN, Assistant Warden, VSM;
WOODYARD, Infirmary Dentist, VSM;
W. KNOWLES, Infirmary Nurse, VSM;
LORI HARTWIG, Infirmary LPN, VSM;
CHARLOTTE GARDNER, Health
Services, Administrator, VSM;  LAURIE
R. THOMPSON, Inmate Grievance, VSM;
WESTBROOK, Classification Off., EARU;
SMITH, Dental Assist., Dental Hygienist,
EARU;  JASON PALMER, Infirmary
Manager, EARU;  T. THOMAS, Sergeant,
Day Shift, VSM;  and DOES, Notification
Officer, Infirmary Dental Hygienist,
Dental Assist., Sergeant, Warden, ADC
Assist. Director, and Major, VSM            DEFENDANTS

### ORDER

On *de novo* review, the Court adopts the recommendation, *Doc. 13*, and overrules G-Doffee's objections, *Doc. 14*.  Fed. R. Civ. P. 72(b)(3). G-Doffee's following claims proceed:

- Retaliation claims against Sergeants Dunlap and White regarding their confiscation of his property and threats made against him on 3 February 2025;

- Excessive force claims against Sergeants Dunlap, White, and Williams regarding the events that occurred on 3 February 2025;

- Medical deliberate indifference claims against Sergeants Dunlap, White, and Williams regarding their failure to provide him medical care following the events that occurred on 3 February 2025;

- Medical deliberate indifference claims against Nurse Knowles and LPN Hartwig based on their alleged failure to provide him medical care following the 3 February 2025 incidents; and

- Retaliation claim against Administrator Gardner based on her failure to adequately supervise Nurse Knowles and LPN Hartwig.

G-Doffee's due process claims against Sergeants Dunlap and White regarding their failure to return his personal property are dismissed without prejudice for failure to state a plausible constitutional claim for relief. His claims regarding Sergeants Dunlap and White's failure to follow Arkansas Division of Correction policy and procedure are also dismissed without prejudice for failure to state a constitutional claim for relief. G-Doffee's remaining claims are dismissed as improperly joined. The Court instructs the Clerk to terminate all the defendants from this case except for Sergeant Dunlap,

–3–

Sergeant White, Sergeant Williams, Nurse Knowles, LPN Hartwig, and Assistant Gardner.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____4 June 2026_____