**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

DON THOMAS MERCELANY
MAXWELL/G-DOFFEE                                                    PLAINTIFF
ADC #108778

V.                                    NO. 4:26-cv-123-DPM-ERE

TASHAILA DUNLAP, *et al.*                                           DEFENDANTS

### ORDER

*Pro se* plaintiff Don Thomas Mercelany Maxwell/G-Doffee has filed a motion

for court-appointed counsel. *Doc. 33*. For the reasons explained below, Mr.

Maxwell/G-Doffee's motion is denied.

A *pro se* litigant in a civil case does not have a statutory or constitutional right

to appointed counsel. *Patterson v. Kelley*, 902 F.3d 845, 850 (8th Cir. 2018); *Phillips*

*v. Jasper County Jail*, 437 F.3d 791, 794 (8th Cir. 2006). However, the Court may,

in its discretion, appoint counsel if the *pro se* prisoner has stated a non-frivolous

claim and "the nature of the litigation is such that plaintiff as well as the court will

benefit from the assistance of counsel." *Patterson*, 902 F.3d at 850 (quoting *Johnson*

*v. Williams*, 788 F.2d 1319, 1322 (8th Cir. 1986)). In making this determination, the

Court must weigh and consider the following factors: (1) the factual and legal

complexity of the case; (2) the plaintiff's ability to investigate the facts; (3) the

existence of conflicting testimony; and (4) the plaintiff's ability to present his claims.

*Id.*; *Phillips*, 437 F.3d at 794.

The decision to appoint counsel is based on the circumstances of each case. This case is neither factually nor legally complex. And Mr. G-Doffee/Maxwell has demonstrated that he is capable of presenting and pursuing his case. It is understandable that Mr. G-Doffee/Maxwell would prefer to be assisted by court-appointed counsel, but his desire for counsel alone is not the only factor the Court must consider. After considering all relevant factors, the Court declines to appoint counsel at this point in the case.[1]

IT IS THEREFORE ORDERED THAT Mr. G-Doffee/Maxwell's motion for the appointment of counsel (*Doc. 33*) is DENIED, without prejudice.

SO ORDERED 23 July 2026.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] As the case proceeds, the Court will reconsider, on its own, whether counsel should be appointed to assist Mr. G-Doffee/Maxwell . And if the case is scheduled for trial, the Court will likely appoint counsel to assist Mr. G-Doffee/Maxwell.